CHARLES S. CUSTER  (SBN: 124270)
JON  C. YONEMITSU (SBN: 199026)
KEASARA M. WILLIAMS  (SBN: 260469)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
Email:  ccuster@gordonrees.com
Email:  jyonemitsu@gordonrees.com
Email:  kwilliams@gordonrees.com

Attorneys for Defendant
GE JOHNSON CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMOTHY HARRIS | ) CASE NO.  CASE NO. S:08-CV-00981-JAM-EFB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DATE FOR VOCATIONAL REHABILITATION EXPERT DISCOVERY** |
| GE JOHNSON CONSTRUCTION COMPANY | ) |
| Defendant. | ) |

This Stipulation to extend the expert disclosure date for vocational rehabilitation expert discovery is entered into by and between Defendant GE JOHNSON CONSTRUCTION COMPANY ("Defendant") and plaintiff TIMOTHY HARRIS by and through their respective counsel, with reference to the following facts:

1. WHEREAS, pursuant to the Pre-Trial Scheduling Order for this matter, expert disclosures are to be completed by December 15, 2009, and all discovery shall be completed by February 15, 2009;

2. WHEREAS, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Defendant seeks to modify the Pre-Trial Schedule as to the expert disclosure date for vocational rehabilitation expert discovery;

-1-

PDF created with pdfFactory trial version www.pdffactory.com

3. WHEREAS, Plaintiff's claims for damages in this matter include, but are not limited to, past and future wage loss and loss of earning capacity.  Defendant has requested Plaintiff undergo a vocational rehabilitation interview with Defendant's certified vocational rehabilitation expert, Andrew M. O'Brien, on December 7, 2009 (this date has subsequently been changed to December 10, 2007).  Plaintiff has objected to proceeding with the vocational rehabilitation interview;

4. WHEREAS, Defendant intends to move to compel Plaintiff's attendance at a vocational rehabilitation interview;

5. WHEREAS, pursuant to Eastern District Rule 78–230(b), the requirement for noticing a motion is twenty (28) days if personally served, and 31 days if served by mail, the Parties agree to extend the expert discovery disclosure date as to vocational rehabilitation experts to January 15, 2010, in order to provide Defendant time to file the above-referenced motion and have Plaintiff examined upon the Court's Order without requiring Defendant to file the above-referenced motion on shortened time;

6. This Stipulation does not modify the expert discovery disclosure dates for all other experts currently set on December 15, 2009, by the Pre-Trial Scheduling Order for this matter;

7. This Stipulation to extend the expert disclosure date for vocational rehabilitation expert discovery may be executed by attorneys of record in separate parts with facsimile signatures acceptable.

SO STIPULATED.

Dated:  November ___, 2009                                    GORDON & REES LLP


                                                              By:   /s/ Jon C. Yonemitsu
                                                                    Charles S. Custer
                                                                    Jon C. Yonemitsu
                                                                    Keasara M. Williams
                                                                    Attorneys for Defendant GE JOHNSON
                                                                    CONSTRUCTION COMPANY

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DATE FOR VOCATIONAL REHABILITATION EXPERT DISCOVERY - S:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November ____, 2009                    BUTLER VIADRO, LLP

                                           By:   /s/ Chris A. Viadro
                                                     Chris A. Viadro
                                                     Attorney for Plaintiff
                                                     TIMOTHY HARRIS

**ORDER**

Pursuant to the stipulation of the parties, good cause appearing therefore, the expert disclosure date for vocational rehabilitation expert discovery only is extended to January 15, 2010.

**IT IS SO ORDERED.**

Dated: December 2, 2009                    /s/ John A. Mendez
                                                   Hon. John A. Mendez

ACEUS/1052109/7294859v.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DATE FOR VOCATIONAL REHABILITATION EXPERT DISCOVERY - S:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com