1  CHARLES S. CUSTER (SBN: 124270)
   JON C. YONEMITSU (SBN: 199026)
2  KEASARA M. WILLIAMS (SBN: 260469)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5  Email: ccuster@gordonrees.com
   Email: jyonemitsu@gordonrees.com
6  Email: kwilliams@gordonrees.com

7  Attorneys for Defendant
   GE JOHNSON CONSTRUCTION COMPANY, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 TIMOTHY HARRIS                 )  CASE NO. CASE NO. S:08-CV-00981-JAM-
                                  )  EFB
13                    Plaintiff,  )
                                  )
14       vs.                      )  **AMENDED STIPULATION AND ORDER**
                                  )  **TO EXTEND DISCOVERY DATES**
15 GE JOHNSON CONSTRUCTION        )
   COMPANY, INC.                  )
16                                )
                      Defendant.  )
17 _____)

18

19

20       This Stipulation to extend the discovery dates is entered into by and between Defendant

21 GE JOHNSON CONSTRUCTION COMPANY, INC. ("Defendant") and plaintiff TIMOTHY

22 HARRIS by and through their respective counsel, with reference to the following facts:

23       1.    WHEREAS, pursuant to the Pre-Trial Scheduling Order for this matter, expert

24 disclosures are to be completed by December 15, 2009, and all discovery shall be completed by

25 February 15, 2010;

26       2.    WHEREAS, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure,

27 the Parties seek to further modify the Pre-Trial Schedule;

28
                                          -1-
AMENDED STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DISCOVERY DATES **-** S:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

3. WHEREAS, the Parties participated in a mediation on October 29, 2009, with Jerry Spolter at JAMS San Francisco.  A resolution of the case was not achieved at the mediation and, as a result, the Parties have participated in continued discovery.  The continued discovery will likely lead to the discovery of admissible evidence at trial for which the Parties' respective expert witnesses will likely consider and rely upon in formulating their respective opinions and conclusions.  As the continued discovery efforts of the Parties will continue past the current date for expert disclosures (December 15, 2009), the Parties stipulate to continue the date to disclose experts to allow the Parties' respective experts time to consider information obtained from the continued discovery;

5. WHEREAS, the Parties filed a stipulation to modify the Pre-Trial Scheduling Order on November 30, 2009, with respect to the disclosure date for vocational rehabilitation experts.  On December 3, 2009, the Court issued its order modifying the Pre-Trial Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4), which set the disclosure date for vocational rehabilitation experts on January 15, 2010:

6. WHEREAS, the Parties now seek to extend the date to disclose all experts.  The Parties further stipulate to extend subsequent pre-trial dates as affected by the extension of the date to disclose all experts;

7. WHEREAS, the Parties hereby stipulate and respectfully ask the Court to further modify its December 3, 2009, Modified Scheduling Order to extend the pre-trial deadlines as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| All Expert Disclosures: | December 15, 2009 | February 15, 2010 |
| Supplemental/Rebuttal Expert Disclosures: | January 15, 2010 | March 15, 2010 |
| Discovery Cut-Off: | February 15, 2010 | April 15, 2010 |
| Dispositive Motion Filing: | March 17, 2010 | May 19, 2010 |
| Dispositive Motion Hearing: | April 14, 2010 | June 16, 2010 |
| Joint Pretrial Statement Filing: | May 14, 2010 | July 28, 2010 |

-2-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Pretrial Conference Hearing: | May 21, 2010 | August 4, 2010 |
| Jury Trial: | June 28, 2010 | September 27, 2010[1] |

8. WHEREAS, the Parties agree they will not suffer prejudice as a result of the extension of the discovery deadlines set forth above;

9. This Stipulation to extend discovery dates may be executed by attorneys of record in separate parts with facsimile signatures acceptable.

SO STIPULATED.

Dated:  December 8, 2009              GORDON & REES LLP


                                      By:   /s/ Jon C. Yonemitsu
                                            Charles S. Custer
                                            Jon C. Yonemitsu
                                            Keasara M. Williams
                                            Attorneys for Defendant GE JOHNSON
                                            CONSTRUCTION COMPANY, INC.

Dated: December 8, 2009               BUTLER VIADRO, LLP


                                      By:   /s/ Chris A. Viadro
                                            Chris A. Viadro
                                            Attorney for Plaintiff
                                            TIMOTHY HARRIS

## ORDER

Pursuant to the stipulation of the Parties, good cause appearing therefore, the following discovery dates and pre-trial deadlines are extended as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| All Expert Disclosures: | December 15, 2009 | February 15, 2010 |
| Supplemental/Rebuttal Expert Disclosures: | January 15, 2010 | March 15, 2010 |
| Discovery Cut-Off: | February 15, 2010 | April 15, 2010 |

---

[1] Or to a date thereafter September 27, 2010, upon the Court's availability.

-3-

AMENDED STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DISCOVERY DATES **-** S:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dispositive Motion Filing: | March 17, 2010 | May 19, 2010 |
| Dispositive Motion Hearing: | April 14, 2010 | June 16, 2010[2] |
| Joint Pretrial Statement Filing: | May 14, 2010 | July 28, 2010 |
| Pretrial Conference Hearing: | May 21, 2010 | August 4, 2010[3] |
| Jury Trial: | June 28, 2010 | September 27, 2010[4] |

**IT IS SO ORDERED.**

Dated: December 8, 2009        /s/ John A. Mendez
                               Hon. U.S. District Judge John A. Mendez

---

[2] 9:00 a.m.
[3] 3:00 p.m.
[4] 9:00 a.m.

-4-

AMENDED STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DISCOVERY DATES **-** S:08-CV-00981-JAM-EFB

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ACEUS/1052109/7315955v.1

PDF created with pdfFactory trial version www.pdffactory.com