CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
KEASARA M. WILLIAMS (SBN: 260469)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: ccuster@gordonrees.com
Email: jyonemitsu@gordonrees.com
Email: kwilliams@gordonrees.com

Attorneys for Defendant
GE JOHNSON CONSTRUCTION COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HARRIS<br><br>               Plaintiff,<br><br>vs.<br><br>GE JOHNSON CONSTRUCTION COMPANY, INC.<br><br>               Defendant. | CASE NO. CASE NO. 2:08-CV-00981-JAM-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff TIMOTHY HARRIS and Defendant GE JOHNSON CONSTRUCTION COMPANY, INC., by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Release and Settlement Agreement in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER **-** 2:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: February 5, 2010  BUTLER VIADRO LLP

/ s /

_____
CHRISTOPHER A. VIADRO, Esq.
Attorney for Plaintiff TIMOTHY HARRIS


Dated: February 9, 2010  GORDON & REES, LLP

/ s /

_____
JON C. YONEMITSU
Attorneys for Defendant
GE JOHNSON CONSTRUCTION COMPANY, INC.

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>TIMOTHY HARRIS v. GE JOHNSON CONSTRUCTION COMPANY, INC., et al.,</u> Case Number 2:08-CV-00981-JAM EFB, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: February 9, 2010                    /s/ John A. Mendez_____
                                           UNITED STATES DISTRICT JUDGE

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

ACEUS/1052109/7519766v.1