1  CHARLES S. CUSTER  (SBN: 124270)
   JON  C. YONEMITSU (SBN: 199026)
2  KEASARA M. WILLIAMS  (SBN:  260469)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5  Email:  ccuster@gordonrees.com
   Email:  jyonemitsu@gordonrees.com
6  Email:  kwilliams@gordonrees.com

7  Attorneys for Defendant
   GE JOHNSON CONSTRUCTION COMPANY, INC.

8

9                    UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

**Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111**

12

13  TIMOTHY HARRIS                     )   CASE NO.  CASE NO. 2:08-CV-00981-JAM-
                                       )   EFB
14                       Plaintiff,    )
                                       )
15      vs.                            )   **STIPULATION OF DISMISSAL WITH
                                       )   PREJUDICE AND ORDER**
16  GE JOHNSON CONSTRUCTION            )
    COMPANY, INC.                      )
17                                     )
                         Defendant.    )
18                                     )
                                       )
19                                     )
                                       )
20  _____)

21

22      Plaintiff TIMOTHY HARRIS and Defendant GE JOHNSON CONSTRUCTION

23  COMPANY, INC., by and through their respective attorneys of record, hereby stipulate as

24  follows:

25      1.      The Parties have entered into a Release and Settlement Agreement in this matter

26  whereby they have resolved all claims and agreed to the dismissal of the above-captioned action

27  with prejudice, each party to bear their own attorney fees and costs.

28  ///

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER **-** 2:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

2.     Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: February 5, 2010                    BUTLER VIADRO LLP

                                           / s /

                                           _____
                                           CHRISTOPHER A. VIADRO, Esq.
                                           Attorney for Plaintiff TIMOTHY HARRIS


Dated:  February 9, 2010                   GORDON & REES, LLP

                                           / s /

                                           _____
                                           JON C. YONEMITSU
                                           Attorneys for Defendant
                                           GE JOHNSON CONSTRUCTION COMPANY,
                                           INC.

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.     The action TIMOTHY HARRIS v. GE JOHNSON CONSTRUCTION COMPANY, INC., et al., Case Number 2:08-CV-00981-JAM EFB, is dismissed with prejudice with each party to bear their own attorneys fees and costs.


Dated:  February 9, 2010                   /s/ John A. Mendez_____
                                           UNITED STATES DISTRICT JUDGE

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

ACEUS/1052109/7519766v.1

STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER - 2:08-CV-00981-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com